IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MELODY SMITH, et al.  :
:
    Plaintiff(s)  :
: Case Number: 1:04-cv-00234
vs.  :
: Senior District Judge S. Arthur Spiegel
JUDY WILLIAMS ASH, et al.  :
:
    Defendant(s)  :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court GRANTS Defendant's Motion for Summary Judgment (doc. 51) and this case is hereby DISMISSED with prejudice.

12/14/06                                                         James Bonini, Clerk

                                                                  s/Kevin Moser
                                                                  Deputy Clerk